IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-15-TMH |
| | ) |
| ALABAMA BOARD OF PARDONS and PAROLES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 36) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the defendants' motion for summary judgment is granted; judgment is granted in favor of the defendants; this case is dismissed with prejudice; and the costs of this proceeding are taxed against the plaintiff.

A separate judgment shall issue.

Done this 26th day of November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE